OCT 13 2026 PM4:27 FILED - USDC - FLMD - ORL

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

Case No. 5:26-cv-00764-JSM-PRL
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

BOE, JIMMY L.
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

SEE ATTACHED
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
**(28 U.S.C. § 1332; Diversity of Citizenship)**

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | BOE, JIMMY L. |
| Street Address | 15681 N. US HIGHWAY 301 |
| City and County | CITRA / MARION |
| State and Zip Code | FlA. 32113 |
| Telephone Number | 407-840-6747 |
| E-mail Address | JIMMYBOE0311 @ GMAIL.COM |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1 HOMEOWNER

| | |
|---|---|
| Name | HELLEN MOSLEY |
| Job or Title *(if known)* | |
| Street Address | 6019 DENSON DR. |
| City and County | ORLANDO / ORANGE |
| State and Zip Code | FLA. 32808 |
| Telephone Number | 469-274-9821 |
| E-mail Address *(if known)* | |

Defendant No. 2 SON

| | |
|---|---|
| Name | THOMAS MOSELY |
| Job or Title *(if known)* | |
| Street Address | 6019 DENSON DR. |
| City and County | ORLANDO. / ORANGE |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3 POWER OF ATTORNEY

| | |
|---|---|
| Name | BRENDA |
| Job or Title *(if known)* | |
| Street Address | 6019 DENSON DR. |
| City and County | ORLANDO. / ORANGE |
| State and Zip Code | FLA. 32808 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* ______________________________ , is a citizen of the State of *(name)* ______________________________ .

2. If the plaintiff is a corporation

   The plaintiff, *(name)* ______________________________ , is incorporated under the laws of the State of *(name)* ______________________________ , and has its principal place of business in the State of *(name)* ______________________________ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* ______________________________ , is a citizen of the State of *(name)* ______________________________ . Or is a citizen of *(foreign nation)* ______________________________ .

2. If the defendant is a corporation

   The defendant, *(name)* ______________________________ , is incorporated under the laws of the State of *(name)* ______________________________ , and has its principal place of business in the State of *(name)* ______________________________ . Or is incorporated under the laws of *(foreign nation)* ______________________________ , and has its principal place of business in *(name)* ______________________________ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* ____________, at *(place)* ______________________________,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

SEE ATTACHMENT

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

SEE ATTACHMENT

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE ATTACHMENT

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-9-26

Signature of Plaintiff: J. Roe

Printed Name of Plaintiff: Roe, Jimmy L.

### B. For Attorneys

Date of signing: ____________

Signature of Attorney: ____________

Printed Name of Attorney: ____________

Bar Number: ____________

Name of Law Firm: ____________

Street Address: ____________

State and Zip Code: ____________

Telephone Number: ____________

E-mail Address: ____________

PRO: "DOG BITE" DEC. 13. 2024

HOMEOWNER HELLEN MOSLEY, SON THOMAS MOSELY, DAUGHTER POWER OF ATTORNEY BRENDA (UNKNOWN)

LOCATION: 6019 DENSON DR. ORLANDO. FLA. 32808

ON DEC. 13. 2024 AT APPROXIMATELY 3pm TO 5 PM I WAS ASK BY MS. HELLEN MOSELY TO TERMINATE A RECEPTACLE POWER OUTLET IN HER BACK YARD KILL THE POWER AFTER DOING SO I ASK HER SON THOMAS MOSELY TO CHECK TO SEE WHERE THE DOG WAS STILL ON THE BACK PORCH HE STATED YES SO I PROCEED TO GO INTO HER BEDROOM TO LET HER KNOW THAT SHE DONT HAVE TO MOVE HER REFRIGERATOR ONCE I STEP INTO HER THE DOG CAME THROUGH HER LEFT OPEN SLIDING GLASS DOOR OFF THE BACK PORCH ATTACKED ME BY GRABBING MY LEFT WRIST THEN AFTER HE RELEASE HE AGAIN THE SAME LEFT HAND MORE IN THE MIDDLE BIT ME AGAIN AND START TO SHAKE THAT WHEN I PUNCHED HIM THAT WHEN HE LET MY HAND GO HE BECAME DAZE THAT WHEN THOMAS MOSELY GRAB HIM AND WENT INTO THE BATHROOM AND WASHED MY HAND AND SEEN THE DAMAGE AND WENT TO ER

## II STATE OF CLAIM

THE WHEN I ASK THE WHEREABOUTS OF THE DOG THE DEFENDANT THOMAS MOSLEY STATED THAT HE THE DOG WAS STILL ON BACK PORCH NOT CHECKING THE LOCATION OF.

NO ONE SEEM TO CARE ABOUT ANYTHING AFTER MY ATTACK NOR MEDICAL BILLS NO CONCERN ABOUT MY WELL-BEING EVEN TILL TODAY

IV. Relife: That I Be compensated for my Pain + Suffering And Also The Permanent Damage to my left Hand As Stated in my Medical Fracture Care It like They Turn There Back without concern

P.S. Am Not A Lawyer But Am only want to Be compensated for my Pains + Medical Bills That much I Feel That I Truely Deserve